UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>DAVID THEODORE CARR,<br><br>      Defendant. | CASE NO. CR23-025-TL<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances. The Court finds defendant has failed to overcome the presumption that he is both a flight risk and a danger to the community. The government proffered that intercepted phone calls show defendant was regularly and deeply involved in the conspiracy; that defendant used false identifications to hide his identity; was actively involved in drug trafficking and that when defendant's residence was searched numerous weapons were found, including an AR type of firearm that appeared to be used by defendant's daughter. The alleged conspiracy spans multiple states. Defendant is a flight risk given his use of false identifications and the significant penalties he faces if convicted.

DETENTION ORDER - 1

Defendant is also a danger to the community in view of the alleged trafficking of fentanyl and his possession of firearms. The wiretap evidence and fruits of the search of defendant's residence are strong evidence of guilt.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 11th day of April, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2